UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA MICHELLE OLEAS and LETTY
BENITEZ,

                        Plaintiffs,

            -against-

MUATH ATTAALLAHQASHQUISH and RELAY
LOGISTICS LLC, d/b/a Relay Logistics,

                        Defendants.

25-CV-9668 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

The Court referred this case to mediation on November 25, 2025 (ECF No. 4), and the

docket shows that the first mediation conference was scheduled for February 23, 2026. By

**March 18, 2026**, the parties are directed to provide the Court with a joint status update regarding

their progress toward settlement, or, if mediation has proven unsuccessful, proposing a Civil

Case Management Plan and Scheduling Order ("CMP"), as available on the Court's website,

https://www.nysd.uscourts.gov/hon-jessica-g-l-clarke. Along with any CMP, the parties shall file

a joint letter, no longer than five pages, with the following information in separate paragraphs:

(1)    A statement indicating whether the parties believe they can do without an initial
       pretrial conference altogether. If so, the Court may enter a case management plan
       and scheduling order and the parties need not appear;

(2)    A brief statement of the nature of the action and the principal defenses thereto,
       and the major legal and factual issues that are most important to resolving the
       case, whether by trial, settlement or dispositive motion;

(3)    A brief explanation of why jurisdiction and venue lie in this Court. In any action
       in which subject matter jurisdiction is founded on diversity of citizenship pursuant
       to Title 28, United States Code, Section 1332, the letter must explain the basis for
       the parties' belief that diversity of citizenship exists. Where any party is a
       corporation, the letter shall state both the place of incorporation and the principal
       place of business. In cases where any party is a partnership, limited partnership,
       limited liability company or trust, the letter shall state the citizenship of each of

the entity's members, shareholders, partners, and/or trustees. *See, e.g.,* *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48 (2d Cir. 2000). If this information is lengthy, it may be included in an Appendix to the letter, not to be included in the page limit;

(4)     A statement of all existing deadlines, due dates and/or cut-off dates;

(5)     A brief description of any outstanding motions;

(6)     A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;

(7)     A brief description of the status of prior settlement discussions, without disclosing exact offers and demands;

(8)     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Dated: March 5, 2026
       White Plains, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge